■ YORKSON LEGAL INC., Respondent, v MITCHELL C. SHAPIRO, Appellant, et al., Defendant. [28 NYS3d 596]—Order, Supreme Court, New York County (Barry R. Ostrager, J.), entered November 30, 2015, which, to the extent appealed from, denied defendant Shapiro's motion to dismiss the complaint as against him, unanimously reversed, on the law, and the motion granted. The Clerk is directed to enter judgment accordingly.

Plaintiff's claim that Shapiro agreed to personally guarantee the obligations of and payments due from the defendant Law Group, the only ground for personal liability asserted against him in the complaint, was refuted by the documentary evidence (*see Leon v Martinez*, 84 NY2d 83, 88 [1994]). Concur—Sweeny, J.P., Renwick, Saxe, Gische and Kahn, JJ.